UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARKEL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.                                              Case No. 5:11-cv-588-Oc-10PRL

MARK FLUGGA, ROBERT FLUGGA, TINA
BAKER,

    Defendants.
_____

## ORDER

Pending before the Court is Markel Insurance Company's Unopposed Motion To Extend Deadlines For Expert Witness Disclosures. (Doc. 25). Pursuant to the Case Management and Scheduling Order, which adopted the deadlines set forth in the Case Management Report, Plaintiff's deadline for expert witness disclosures is July 13, 2012 and Defendants' deadline for expert witness disclosures is August 13, 2012. (Docs. 9 & 10). Plaintiff seeks a two-week extension of these deadlines and represents that it will not impact any other case deadlines.

Upon due consideration, Markel Insurance Company's Unopposed Motion To Extend Deadlines For Expert Witness Disclosures (Doc. 25) is **GRANTED**. Plaintiff's expert witness disclosures are due by **July 27, 2012** and Defendants' expert witness disclosures are due by **August 27, 2012.**

**DONE AND ORDERED** in Ocala, Florida, on July 13, 2012.

*P. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:
    All Counsel